ACCEPTED
01-15-00664-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 1:21:15 PM
CHRISTOPHER PRINE
CLERK

Filed: 10/15/2015 11:39:24 AM
JOHN D. KINARD - District Clerk
Galveston County, Texas
Envelope No. 7389240
By: Alytha Green-Pickney
10/15/2015 12:03:40 PM

Cause No. 10-CV-2353

| | | |
|---|---|---|
| Building Galveston, Inc., | § | In the District Court |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Galveston County, Texas |
| | § | |
| Lyon Construction Services, *et al.*, | § | |
| | § | |
| Defendants. | § | 405th Judicial District |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/15/2015 1:21:15 PM
CHRISTOPHER A. PRINE
Clerk

### DEFENDANTS' REQUEST FOR <u>FIRST</u> <u>SUPPLEMENTAL</u> CLERK'S RECORD ON APPEAL

To the District Clerk of Galveston County (**Attention:** appellate deputy Linda Scott)

As you know, the original clerk's record on appeal was filed September 28, 2015, with the First Court of Appeals in Houston (case no. 01-15-00664-CV). Pursuant to Tex. R. App. P. 27.3 and 34.5(c)(1), please prepare and file with the First Court of Appeals (as soon as possible) a <u>first</u> <u>supplemental</u> clerk's record (both sides' briefs as appellants are currently due by November 18, 2015) containing the following additional items. (Also, please make sure any *cost* Defendants must pay for preparing the <u>first</u> <u>supplemental</u> clerk's record is stated *within* the <u>first</u> <u>supplemental</u> clerk's record.)

| Item # | Description | Approximate Filing (or Signing) Date |
|---|---|---|
| 1. | Clerk's Certificate of Cash Deposit in Lieu of Supersedeas Bond | 9-30-2015 |
| 2. | Intervenor/Plaintiff Building Galveston, Inc. d/b/a Building Solutions' Second Motion for Judgment Nunc Pro Tunc | 9-30-2015 |
| 3. | Notice - From Court of Setting Date | 10-1-2015 |

| 4. | Notice of Submission | 10-1-2015 |
|---|---|---|
| 5. | Defendants' Response and Opposition to Building Galveston, Inc.'s Second Motion for Judgment Nunc Pro Tunc; Also, Request for Inclusion of This Response and Opposition in any Supplemental Clerk's Record on Appeal (First Court of Appeals Case No. 01-15-00664-CV) | 10-8-2015 |
| 6. | Intervenor/Plaintiff Building Galveston, Inc. d/b/a Building Solutions' Reply to Defendants' Response to Second Motion for Judgment Nunc Pro Tunc | 10-9-2015 |
| 7. | Request for Abstract of Judgment (presumably inadvertently requested by Mr. Lyford against "Lyon Construction Services" with reference to "Nunc Pro Tunc Order of 7/31/2015") | 10-12-2015 |
| 8. | Abstract of Judgment - Issuance (Work Product) (naming only "Ted B. Lyon III" as defendant/judgment debtor) | 10-12-2015 |
| 9. | Nunc Pro Tunc Order (may be same as next item) | 10-13-2015 |
| 10. | Judgment Nunc Pro Tunc (six unnumbered pages) | 10-13-2015 |
| 11. | Defendants' Request for First Supplemental Clerk's Record on Appeal (*i.e.*, this document) | 10-15-2015 |

Respectfully submitted,

TED B. LYON & ASSOCIATES, P.C.

_____
Ben Taylor
State Bar No. 19684500
btaylor@tedlyon.com
Josh Birmingham
State Bar No. 24059329
jbirmingham@tedlyon.com
18601 LBJ Freeway, Suite 525
Mesquite, Texas 75150-5632
Telephone: 972-279-6571
Facsimile:  972-279-3021

CRISS & ROUSSEAU LAW FIRM L.L.P.

Susan E. Criss
State Bar No. 06630475
susan.criss@crissrousseau.com
PO Box 17046
Galveston, TX 77552
Telephone:  409-515-6176
Facsimile:  409-763-1508

ATTORNEYS FOR DEFENDANTS

CERTIFICATE OF SERVICE

I certify that a copy of this request has been served upon plaintiff's counsel of record via e-file and e-mail (and a courtesy, correspondence copy has been e-filed with the Clerk of the First Court of Appeals) on this the **15th** day of October, 2015.

Scott Lyford (slyford@millsshirley.com)
Christopher Prine, Clerk (*via e-file* case no. 01-15-00064-CV)

By:   _____
Ben Taylor